UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEEKAY CHARTERING LTD.,

                     *Plaintiff,*

- against -

AIC LIMITED of HAMILTON BERMUDA

                     *Defendant.*
------------------------------------------------------------x

09 Civ.

**ORDER TEMPORARILY SEALING COURT FILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-09

    An application having been made by counsel for plaintiff for an Order Temporarily Sealing the Court File:

    NOW, upon reading the Affidavit of John A. Orzel, sworn to on February 10, 2009, and good cause having been shown, it is hereby

    **ORDERED**, that all documents, including, but not limited to, the Complaint and other pleadings, Orders and/or Writs filed and/or issued in this case be filed under seal, and the Court file be maintained under seal until further notice of this Court or notification to the Clerk that the defendant's property has been attached. The Clerk of the Court may have access to the sealed file to implement or insure compliance with Orders issued herein.

Dated: New York, New York
         February _____, 2009

*Denied.*
*[signed] Denise Cote, February 10, 2009*

                                       U.S.D.J.